**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE GALECTIN THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) ) | **Civil Action No. 1:15-CV-0029-SCJ** CLASS ACTION |

**PLAINTIFF'S NOTICE OF APPEAL**

KESSLER TOPAZ
MELTZER & CHECK LLP
Michael K. Yarnoff (*pro hac vice*)
Kimberly A. Justice (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

MORRIS, MANNING & MARTIN, LLP
Ross A. Albert (Ga. Bar No. 007749)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
raa@mmmlaw.com

*Liaison Counsel for Lead Plaintiff and the Class*

**NOTICE OF APPEAL**

Notice is hereby given that Court appointed Lead Plaintiff Glyn Hotz, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Northern District of Georgia's Order entered on December 30, 2015 (Doc. No. 130), granting Defendants Galectin Therapeutics, Inc., James C. Czirr, Rod D. Martin, Peter G. Traber, Jack W. Callicut, and John F. Mauldin's Motion to Dismiss the Consolidated Class Action Complaint (Doc. No. 117), and 10X Fund L.P.'s Motion to Dismiss the Consolidated Class Action Complaint (Doc. No. 118).

DATED: January 22, 2016

Respectfully submitted,

Michael K. Yarnoff
**KESSLER TOPAZ MELTZER & CHECK LLP**
Michael K. Yarnoff (admitted *pro hac vice*)
Kimberly A. Justice (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Class*

**MORRIS, MANNING & MARTIN, LLP**

By: */s/Ross A. Albert*
Ross A. Albert
Georgia Bar No. 007749

3343 Peachtree Road NE, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
raa@mmmlaw.com

*Liaison Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE GALECTIN THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) ) | **Civil Action No. 1:15-CV-0029-SCJ** CLASS ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing **PLAINTIFF'S NOTICE OF APPEAL** in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court, addressed to the following:

Michael R. Smith, Esq.
B. Warren Pope, Esq.
Benjamin Lee, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
mrsmith@kslaw.com
wpope@kslaw.com
blee@kslaw.com

This 22nd day of January, 2016.

*/s/Ross A. Albert*
Ross A. Albert
Georgia Bar No. 007749