**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 13, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-10324-EE
Case Style: Glyn Hotz v. Galectin Therapeutics, Inc., et al
District Court Docket No: 1:15-cv-00029-SCJ

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 16-10324

---

District Court Docket No.
1:15-cv-00029-SCJ

In Re: Galectin Therapeutics, Inc. Securities Litigation,

MARISSA BALLESTEROS, et al.,

Plaintiffs,

GLYN HOTZ,
Lead Plaintiff,

Plaintiff - Appellant,

versus

GALECTIN THERAPEUTICS, INC.,
JAMES C. CZIRR,
PETER G. TRABER,
JACK W. CALLICUTT,
3:14-cv-402-RCJ-WGC,
ROD D. MARTIN,
JOHN F. MAULDIN, 10x FUND L.P.
Member Case 3:14-cv-402-RCJ-WGC, et al.,

Defendants - Appellees,

GILBERT F. AMELIO,
Member Case 3:14-cv-402-RCJ-WGC, et al.,

Defendants.

---

Appeal from the United States District Court for the
Northern District of Georgia

---

ISSUED AS MANDATE 01/13/2017

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 15, 2016
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch